KATHLEEN COLAVITA v. JOHN WINGROVE.

December 10, 1984.

Petition for certification denied.

MCDONALDS CORPORATION v. BOROUGH OF PARAMUS
AND CLARE R. PETTI.

December 10, 1984.

Petition for certification denied.

LEE'S HAWAIIAN ISLANDER, INC. v. SAFETY FIRST PRODUCTS,
INC. AND CHEMETRON FIRE SYSTEMS, ETC., AND SAFETY
FIRST PRODUCTS, INC. v. PITCO, INC.

December 10, 1984.

Petitions for certification denied.